**PRISONER CASE**

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Civil Cover Sheet**

JUN 0 8 2008  NF
Jun 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Plaintiff(s): | Defendant(s): |
|---|---|
| HASSAN BUTLER | WARDEN WALLS |

| County of Residence: | County of Residence: |
|---|---|
| BROWN | |

**Plaintiff's Address:**

Hassan Butler
K-80816
Western - WST
R.R. 4, Box 196
Mt. Sterling, IL 62353

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 3171
JUDGE DARRAH
MAGISTRATE JUDGE ASHMAN

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke        **Date:** 6/2/08