**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 3171

United States of America ex rel. HASSAN BUTLER, Petitioner,

    vs.

J.R. WALLS, Warden, Western Illinois Correctional Center, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J.R. Walls, Respondent.

| NAME (Type or print) |
|---|
| Eldad Z. Malamuth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Eldad Z. Malamuth |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275421 | (312) 814-2235 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. <br>   HASSAN BULTER, | ) <br> ) <br> ) | |
|                  Petitioner, | ) <br> ) | |
|                     v. | ) <br> ) | No. 08 C 3171 |
| J.R. WALLS, Warden, <br>   Western Illinois Correctional Center, | ) <br> ) <br> ) | The Honorable <br> John W. Darrah, |
|                Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2008, I presented the attached **Attorney Appearance Form** to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Hassan Butler
K80816
Western Illinois Correctional Center
2500 Rt 99 South
Mt. Sterling, Illinois 62353.

                                            LISA MADIGAN
                                            Attorney General of Illinois

                          By:    s/ Eldad Z. Malamuth
                                    ELDAD Z. MALAMUTH, Bar # 6275421
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601-3218
                                    TELEPHONE: (312) 814-2235
                                    FAX: (312) 814-2253
                                    E-MAIL: emalamuth@atg.state.il.us