IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>HASSAN BULTER, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 3171 |
| J.R. WALLS, Warden,<br>Western Illinois Correctional Center, | ) <br> ) <br> ) | The Honorable<br>John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

Respondent, J.R. WALLS, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from July 2, 2008, to and including August 1, 2008. An affidavit in support of this motion is attached hereto.

June 18, 2008                                  Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                             By:     s/ Eldad Z. Malamuth
                                                            ELDAD Z. MALAMUTH, Bar # 6275421
                                                            Assistant Attorney General
                                                            100 West Randolph Street, 12th Floor
                                                            Chicago, Illinois 60601-3218
                                                            TELEPHONE: (312) 814-2235
                                                            FAX: (312) 814-2253
                                                            E-MAIL: emalamuth@atg.state.il.us

State of Illinois   )
                    ) ss.
County of Cook      )

## AFFIDAVIT

ELDAD Z. MALAMUTH, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before July 2, 2008.

3. Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before July 2, 2008.

4. Petitioner signed his habeas corpus petition on May 27, 2008, and the petition was received by the Court on June 2, 2008.

5. On June 5, 2008, this Court ordered respondent to answer or otherwise plead to the petition within 21 days of the date the Order was entered on the Clerk's docket. The Order was entered on June 11, 2008.

6. I was assigned to this matter on June 16, 2008, and I immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials. Additional time also is required for the review of the response by supervisory attorneys.

7. This is respondent's first request for an extension of time in this matter.

8. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9. Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including August 1, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

                                              s/ Eldad Z. Malamuth
                                              ELDAD Z. MALAMUTH

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2008, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Hassan Butler
K80816
Western Illinois Correctional Center
2500 Rt 99 South
Mt. Sterling, Illinois 62353.

                                    LISA MADIGAN
                                    Attorney General of Illinois

By:    s/ Eldad Z. Malamuth
         ELDAD Z. MALAMUTH, Bar # 6275421
         Assistant Attorney General
         100 West Randolph Street, 12th Floor
         Chicago, Illinois 60601-3218
         TELEPHONE: (312) 814-2235
         FAX: (312) 814-2253
         E-MAIL: emalamuth@atg.state.il.us