IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  HASSAN BULTER, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 3171 |
| J.R. WALLS, Warden,<br>  Western Illinois Correctional Center, | ) <br> ) <br> ) | The Honorable<br>John W. Darrah, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

On June 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah, Room 1203, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

June 18, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:   s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH, Bar # 6275421
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-2235
FAX: (312) 814-2253
E-MAIL: emalamuth@atg.state.il.us

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 18, 2008, I presented the attached **NOTICE OF MOTION** to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Hassan Butler
K80816
Western Illinois Correctional Center
2500 Rt 99 South
Mt. Sterling, Illinois 62353.


           LISA MADIGAN
           Attorney General of Illinois

By: s/ Eldad Z. Malamuth
    ELDAD Z. MALAMUTH, Bar # 6275421
    Assistant Attorney General
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601-3218
    TELEPHONE: (312) 814-2235
    FAX: (312) 814-2253
    E-MAIL: emalamuth@atg.state.il.us