

**FILED**
JUN 17 2008 NF
6-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Attorney General's Office
   100 West Randolph - 12th Floor
   Chicago, IL 60601

   08C3171

2. Article Number (Transfer from service label): 7006 0100 0001 7313 4085

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X  RECEIVED   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  ATTORNEY GENERAL  of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No
   OFFICE SRVCS
   MAILROOM
3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

   United States District Court
   219 South Dearborn Street
   Chicago, IL 60604

   08 C 3171

RECEIVED JUN 17 2008 JH
MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT