## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 1: 08 cv 3171 | **DATE** | June 23, 2008 |
| **CASE TITLE** | | Butler v. Walls, et al. | |

**DOCKET ENTRY TEXT:**

The motion by Respondent Walls for an extension of time to answer [9, 10] is granted. Respondent Walls to answer or respond to the petition for a writ of habeas corpus by August 1, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|